UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CONNELLY COMPANY,<br><br>　　　　　　　　Plaintiff,<br><br>vs.<br><br>PRIMO WATER CORP.,<br><br>　　　　　　　　Defendant. | NO. 2:14-CV-00340-JLQ<br><br>ORDER DIRECTING ENTRY OF JUDGMENT AND CLOSING FILE |

　　　BEFORE THE COURT is the parties' Stipulated Motion for Dismissal (ECF No. 56), which seeks dismissal of the action with prejudice, and without an award of fees or costs to either party.

**IT IS HEREBY ORDERED**:

　　　1. The Stipulated Motion (ECF No. 56) is **GRANTED**.

　　　2. The Clerk of this court shall enter judgment of dismissal of the Complaint and Counterclaim and all claims therein with prejudice and without an award of fees or costs.

　　　**IT IS SO ORDERED**. The Clerk shall enter this Order and Judgment, provide copies to counsel, and close this file.

　　　Dated this 28th day of April, 2016.

s/ Justin L. Quackenbush
JUSTIN L. QUACKENBUSH
SENIOR UNITED STATES DISTRICT JUDGE

ORDER - 1